UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EUNIECIA SNYDER, mother
and next friend of R.P.,
a minor,

        Plaintiff,

Case No. 1:05-CV-824

v.

Hon. Richard Alan Enslen

FRANKFORT-ELBERTA AREA
SCHOOL DISTRICT, FRANKFORT-
ELBERTA BOARD OF EDUCATION,
THOMAS J. STOBIE, and JEFF
TOUSLEY,

**ORDER**

        Defendants.
_____/

      Defendants Frankfort-Elberta Area School District, Frankfort-Elberta Board of Education, Thomas J. Stobie and Jeff Tousley have moved for reconsideration of the Order of December 11, 2006 denying their summary judgment motion. Plaintiff's counsel has opposed the relief.

      Pursuant to Western District of Michigan Local Civil Rule 7.4(a), reconsideration is proper only when the movant "demonstrate[s] a palpable defect by which the Court and the parties have been mislead . . . [and] that a different disposition must result from the correction thereof." Defendants' Motion fails this standard and those applicable under Federal Rule of Civil Procedure 60.

      **THEREFORE, IT IS HEREBY ORDERED** that Defendants' Motion for Reconsideration (Dkt. No. 59) is **DENIED.**

DATED in Kalamazoo, MI:
    January 26, 2007

     /s/ Richard Alan Enslen
    RICHARD ALAN ENSLEN
    SENIOR UNITED STATES DISTRICT JUDGE